Commonwealth *v.* Lowe, Appellant.

Submitted December 6, 1971. *Marshall E. Kresman* and *Lewis A. Walder,* for appellant; *William P. Boland* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Makeba, Appellant.

Argued December 8, 1971. *Charles F. G. Smith,* for appellant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.